Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WEAVER, individually and for others similarly situated,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SUNRUN INC., a Delaware corporation,<br><br>                    Defendant. | CASE NO.  4:24-CV-00012-HSG<br><br>**ORDER RE JOINT STIPULATION TO EXTEND THE RESPONSIVE PLEADING DEADLINE**<br><br>Complaint Filed: January 02, 2024<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Dept.: |

The Court, having reviewed the Parties' Joint Stipulation to Extend the Responsive Pleading Deadline ("Stipulation"), Orders as follows:

    1.    The Parties' stipulation is approved.

    2.    Defendant's responsive pleading deadline is now February 7, 2024.

IT IS SO ORDERED

Dated: 1/24/2024                    By: _Haywood S. Gill Jr._
                                   Honorable Haywood S. Gilliam, Jr.
                                   Judge of the Superior Court