UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WEAVER, individually and for others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUNRUN INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 4:24-CV-00012-HSG<br><br>**ORDER RE FURTHER STIPULATION TO EXTEND THE RESPONSIVE PLEADING DEADLINE**<br><br>Complaint Filed: January 02, 2024<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

The Court, having reviewed the Parties' Further Stipulation to Extend the Responsive Pleading Deadline ("Stipulation"), Orders as follows:

1. The Parties' stipulation is approved.
2. Defendant's responsive pleading deadline is now February 21, 2024.

IT IS SO ORDERED

Dated: 2/7/2024        By: _/s/ Haywood S. Gilliam, Jr._
Honorable Haywood S. Gilliam, Jr.
Judge of the Superior Court