UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WEAVER, individually and for others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>SUNRUN INC., a Delaware corporation,<br><br>    Defendant. | CASE NO.  4:24-CV-00012-HSG<br><br>**ORDER RE FURTHER STIPULATION TO EXTEND THE RESPONSIVE PLEADING DEADLINE**<br><br>Complaint Filed: January 02, 2024<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

The Court, having reviewed the Parties' Further Stipulation to Extend the Responsive Pleading Deadline dated February 20, 2024 ("Stipulation"), Orders as follows:

1. The Parties' stipulation is approved.
2. Defendant's responsive pleading deadline is now March 6, 2024.

IT IS SO ORDERED

Dated: 2/21/2024

By: /s/ Haywood S. Gilliam, Jr.
Honorable Haywood S. Gilliam, Jr.
Judge of the District Court

-1-
ORDER RE STIPULATION TO EXTEND THE RESPONSIVE PLEADING DEADLINE WEAVER - PROPOSED ORDER RE FURTHER STIP TO EXTEND DEADLINE TO FILE A RESPONSIVE PLEADING
2-20-2024(86109152.1) - 2/20/2024 1:22 PM

*Gordon Rees Scully Mansukhani, LLP*
*101 W. Broadway, Suite 2000*
*San Diego, CA 92101*