UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WEAVER, <br><br> Plaintiff, <br><br> v. <br><br> SUNRUN, INC, <br><br> Defendant. | Case No. 24-cv-00012-HSG <br><br> **ORDER GRANTING PLAINTIFF'S MOTION TO STAY PROCEEDINGS PENDING ARBITRATION** <br><br> Re: Dkt. No. 20 |

Plaintiff brings claims under the Fair Labor Standards Act ("FLSA") for unpaid overtime wages against Defendant. *See generally* Dkt. No. 1.  The parties agree that they entered into an agreement to arbitrate Plaintiff's FLSA claims, and that the Federal Arbitration Act ("FAA") governs the parties' arbitration agreement. *See* Dkt. No. 20 at 2 ("There is no dispute that Weaver's FLSA claims are referable to arbitration.")

In accordance with Section 3 of the FAA, Plaintiff has moved for a stay pending the outcome of arbitration. *See* Dkt. No. 20.  Defendant does not oppose Plaintiff's motion. Dkt. No. 24.  Section 3 of the FAA directs that, upon such an application, the Court "shall . . . stay the trial of the action until such arbitration has been had in accordance with the terms of the agreement, providing the applicant for the stay is not in default in proceeding with such arbitration." 9 U.S.C. § 3.  Neither party argues that Plaintiff is in default.

Accordingly, the Court **GRANTS** Plaintiff's motion to stay the proceedings, Dkt. No. 20, and **STAYS** the case pending the outcome of arbitration.

//

//

//

1  The parties are **DIRECTED** to file a status report with the Court every 120 days from the
2  date of this order explaining the progress of the arbitration proceeding, and shall notify the Court
3  within 48 hours of the completion of arbitration.
4  **IT IS SO ORDERED.**
5  Dated:   3/7/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

2